# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 14-5176**  September Term, 2014

1:05-cv-01497-UNA

Filed On: November 12, 2014 [1521927]

Adil Bin Muhammad Al Wirghi, Detainee and Tawiss Bint Hasan Al Wirghi, as next friend of Adil bin Muhammad al Wirghi,

    Appellants

    v.

Barack Obama, President of the United States, et al.,

    Appellees

## O R D E R

It is **ORDERED**, on the court's own motion, that the following briefing schedule will apply in this case:

| | |
|---|---|
| Appellants' Brief | January 2, 2015 |
| Appellees' Brief | February 2, 2015 |
| Appellants' Reply Brief | February 17, 2015 |
| Appendix | January 2, 2015 |
| Public Version of Appellants' Brief | February 2, 2015 |
| Public Version of Appellees' Brief | March 4, 2015 |
| Public Version of Appellants' Reply Brief | March 18, 2015 |
| Public Version of Appendix | March 18, 2015 |

The government must file a public appendix that contains redacted versions of those documents in the joint appendix that the parties cite in the classified or public briefs and a redacted version of the district court opinion.

All issues and arguments must be raised by appellant in the opening brief. The court ordinarily will not consider issues and arguments raised for the first time in the reply brief.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 14-5176**                                              **September Term, 2014**

      Parties are strongly encouraged to hand deliver their briefs to the Clerk's office on the date due.  Filing by mail could delay the processing of the brief.  Additionally, parties are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail.  <u>See</u> Fed. R. App. P. 25(a).  All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover, or state that the case is being submitted without oral argument.  <u>See</u> D.C. Cir. Rule 28(a)(8).

                                         **FOR THE COURT:**
                                         Mark J. Langer, Clerk

                BY:    /s/
                                         Lynda M. Flippin
                                         Deputy Clerk